# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN MARIE BALL,** | : | **Civil No. 1:11-CV-2240** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Kane)** |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **S. KERNS BARR, <u>et</u> <u>al.</u>,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On December 8, 2011, Magistrate Judge Carlson filed a Report and Recommendation in which he recommended that Plaintiff Dawn Marie Ball's complaint (Doc. No. 1) be dismissed without prejudice to Plaintiff endeavoring to correct the defects outlined in the Report and Recommendation within twenty days.  (Doc. No. 7.)  On December 13, 2011, Plaintiff filed objections and a brief in support of those objections to Magistrate Judge Carlson's Report and Recommendation. (Doc. Nos. 7, 8.)  A review of Plaintiff's objections reveals that her objections amount to little more than an attack on Magistrate Judge Carlson.

**ACCORDINGLY**, on this 21st day of December 2011, **IT IS HEREBY ORDERED THAT** upon a <u>de novo</u> review of Magistrate Judge Carlson's December 8, 2011 Report and Recommendation (Doc. No. 7), the Report and Recommendation (Doc. No. 7) is **ADOPTED**. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** to her right to file an amended complaint within twenty days of the date of this order.  If Plaintiff fails to file an amended complaint within that time, the complaint will be dismissed with prejudice.

<u>S/ Yvette Kane</u>
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania