# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN MARIE BALL,** | : | **Civil No. 1:11-CV-2240** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Kane)** |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **S. KERNS BARR, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On February 16, 2012, Plaintiff Dawn Marie Ball filed a letter with the Court indicating that she wished to "drop case # 11-2240." (Doc. No. 24.) On February 17, 2012, Magistrate Judge Martin Carlson issued a Report and Recommendation in which he recommended that this Court construe the letter as a motion for voluntary dismissal pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure. (Doc. No. 25.) The time for filing and objection to the Report and Recommendation has passed, and Plaintiff has not filed any objections to the Report and Recommendation.

**ACCORDINGLY**, on this 23rd day of March 2012, upon a de novo review of the Report and Recommendation, **IT IS HEREBY ORDERED THAT** the Report and Recommendation (Doc. No. 25) is **ADOPTED**, Plaintiff's complaint is dismissed, and the Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania